77 A.3d 1147

IN THE MATTER OF MATTHEW JOHN CAVALIERE, AN
ATTORNEY AT LAW (ATTORNEY NO. 029151982).

January 10, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–147, concluding that **MATTHEW JOHN CAVALIERE of WAYNE,** who was admitted to the bar of this State in 1982, should be censured for violating *RPC* 1.15(d) (failure to comply with recordkeeping rules set forth in *R.* 1:21–6), *RPC* 5.5(a)(1) (a lawyer shall not practice law in a jurisdiction where doing so violates the regulation of the legal profession in that jurisdiction), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **MATTHEW JOHN CAVALIERE** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.